JS-6 /ENTER

*[ENTERED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, MAR 27 2014, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]*

*[FILED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, MAR 27 2014, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JORGE VERGARA BALTAZAR,<br>Petitioner,<br>v.<br>DAVID B. LONG, Warden,<br>Respondent. | No. ED CV 13-1283-CAS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: March 27, 2014

_____
CHRISTINA A. SNYDER
United States District Judge